FILED & ENTERED

MAY 01 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

# NOT FOR PUBLICATION

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:11-bk-15975-PC |
| SCI REAL ESTATE INVESTMENTS, LLC, a Virginia limited liability company; | Adversary No. 2:13-ap-01175-PC |
| SECURED CALIFORNIA INVESTMENTS, INC., a California corporation; | |
| Debtors. | Chapter 11 |
| WILLIAM HOFFMAN, not individually but solely as Liquidating Trustee of the SCI Bankruptcy Liquidating Trust, | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| Plaintiff, | Date: April 16, 2013<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom # 1468<br>255 East Temple Street<br>Los Angeles, CA 90012 |
| v. | |
| JOEL D. and FAY S. ADELMAN, et al., | |
| Defendants. | |

Based on findings of fact and conclusions of law set forth in the Memorandum Decision of even date herewith, it is

ORDERED that the motion of Defendants, Joel D. Adelman, et al. ("Defendants") to dismiss Plaintiff's Complaint for: (1) Avoidance and Recovery of Actual Fraudulent Transfers [11 U.S.C. §§ 544(B), 550(A), 551 and California Uniform Fraudulent Transfer Act, Cal. Civ.

1

1  Code Sections 3439.01 – 3439.12]; (2) Avoidance and Recovery of Constructive Fraudulent

2  Transfers [11 U.S.C. §§ 544(B), 550(A), 551 and California Uniform Fraudulent Transfer Act,

3  Cal. Civ. Code Sections 3439.01 – 3439.12]; and (3) Second Omnibus Objection to and

4  Disallowance of Claims Held by Defendants [See Attached Exhibit 1 for List of Defendants'

5  Proofs of Claim] [11 U.S.C. §§ 502(B)(1) and 502(D)] ("Complaint") is granted pursuant to

6  F.R.Civ.P. 12(b)(6) with leave to amend; and it is further

7      ORDERED that Plaintiff must file and serve Plaintiff's First Amended Complaint not

8  later than June 3, 2013; and it is further

9      ORDERED that Defendants must file and serve an answer or other response to Plaintiff's

10  First Amended Complaint not later than June 28, 2013.

11      ###

24  Date: May 1, 2013

Peter H. Carroll
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):  **Order Granting Defendants' Motion to Dismiss**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) 05-1-2013 , the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Kay S Kress    kressk@pepperlaw.com, alexsym@pepperlaw.com
- Christine M Pajak    cpajak@stutman.com
- Penelope Parmes    pparmes@rutan.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page